IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BYRON ALIDIO AGUSTIN, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-01438-DAE |
| | § | |
| ORTEGA, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |
| | § | |

<u>ORDER FOR SUPPLEMENTAL BRIEFING</u>

Before the Court is Byron Alidio Agustin's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. # 1), and Federal Respondents'[1] Response (Dkt. # 5). The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **<u>on or before 12:00 p.m. on Monday, June 15, 2026</u>**, Petitioner shall file supplemental briefing with answers to the following questions:

1. What is the current status of Petitioner's Driving While Intoxicated charge? Does this charge remain pending?

---

[1] Federal Respondents include Todd Blanche, United States Attorney General; Markwayne Mullin, Secretary of the Department of Homeland Security ("DHS"); Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement ("ICE"); and Sylvester Ortega, Field Office Director for the San Antonio Field Office of ICE.

2. Does Petitioner have any criminal convictions? If so, please provide additional information.

3. Please describe further what connections has Petitioner established with the United States, if any, and the ways in which Petitioner has engaged with his community here. Petitioner need not provide any identifying details, such as names or addresses of residences or places of employment but may instead write generally about his connections to his community.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, June 8, 2026.

_____
David Alan Ezra
Senior United States District Judge